IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEWAYNE STAATS, et al., | : |
| Plaintiffs, | : |
| v. | : Civ. No. 19-101-LPS |
| COMMISSIONER PERRY PHELPS, et al., | : |
| Defendants. | : |

**MEMORANDUM ORDER**

At Wilmington this 31st day of January, 2022, having considered Plaintiff Lawrence L. Michaels' motion to reopen (D.I. 60);

IT IS ORDERED that the motion (D.I. 60) is **denied**, for the following reasons.

1. This case was filed by a number of inmates all of whom at one time were incarcerated at the James T. Vaughn Correctional Center in Smyrna, Delaware. The case was dismissed and closed on September 16, 2019. (D.I. 51)

2. The instant case was severed into five individual cases, each with its own case number and caption. (*Id.*) Plaintiffs in the newly opened cases (including Michaels) were each given a deadline of October 25, 2019 to file an amended complaint in the case opened in his name. (*Id.*)

3. On September 16, 2019, the same day this case was closed, a case was opened in Lawrence Michaels' name. *See Michaels v. Phelps*, Civ. No. 19-1735-LPS (D. Del.) closed Jan. 13, 2020. As evidenced by a letter Plaintiff sent to the Court that was received on October 28, 2019, Plaintiff became aware on October 24, 2019, "by way of a computer" at the institution where he was housed, that the deadline to file an amended complaint was October 25, 2019. The Court takes

1

judicial notice that the September 16, 2019 docket entry states that the complaint is dismissed and it directed the clerk of court to close the case. While Plaintiff indicates that his transfer to different correctional facilities hindered his ability to meet the October 25, 2019 deadline, the deadline was not in Civ. No. 19-101-LPS, the closed case. The deadline was for the newly opened case 19-1735-LPS. There is no deadline in the instant case; the complaint was dismissed as frivolous and for failure to state claims upon which relief may be granted, and Plaintiff waited over a year from October 24, 2019 until April 7, 2021 to file the motion to reopen. (*See* D.I. 60; Civ. No. 19-1735 at 7) The motion to reopen is inapplicable to the instant case and was not timely filed. Therefore, the motion will be denied.

                                                                                                  HONORABLE LEONARD P. STARK
                                                                                                  UNITED STATES DISTRICT JUDGE